IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01795-MSK-MJW

MICHELLE CLAUDINE FORBES,
ANGUS JOHN FORBES,
PHOEBE FORBES,
IAN FORBES, and

Plaintiffs,

v.

MICHAEL DONNELLON,
A. SANDOVAL,
TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF DEPARTMENT,
ADAMS COUNTY, COLORADO, and
OTHER AS YET UNNAMED OFFICERS,

Defendants.

## ORDER SETTING SCHEDULING/PLANNING CONFERENCE

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Chief Judge Marcia S. Krieger on August 21, 2015.  (Docket No. 7.)

**IT IS HEREBY ORDERED** that a Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) shall be held on:

> October 6, 2015, at 10:30 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and file a motion to reschedule the conference to a more convenient date.  Absent exceptional circumstances, no request for rescheduling

any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. <u>See</u> D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

**IT IS FURTHER ORDERED** that Defendants shall notify Plaintiffs of the date and time of the Scheduling/Planning Conference.

**IT IS FURTHER ORDERED** that counsel shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before <u>21 days prior to scheduling conference</u>. Counsel shall prepare the proposed Scheduling Order as provided in D.C.COLO.LCivR 16.1 in accordance with the form and instructions which may be found through the links in D.C.COLO.LCivR 16.2 and 26.1(a). Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting. No later than five (5) business days prior to the Scheduling/Planning Conference, counsel/pro se parties shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF Filing Procedures. In addition, on or before fourteen (14) days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

**IT IS FURTHER ORDERED** that counsel shall comply with the First and Final Notice to Attorney(s) in Removed, Transferred or Other Cases (Docket No. 6) entered on August 20, 2015.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Order to plaintiff's counsel, DOUGLAS POOLEY, 8199 S. MADISON WAY, CENTENNIAL CO 80122.

DONE AND SIGNED THIS 21st DAY OF AUGUST, 2015.

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge