IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01795-MSK-MJW

MICHELLE CLAUDINE FORBES,
ANGUS JOHN FORBES,
PHOEBE FORBES,
IAN FORBES,

Plaintiffs,

v.

MICHAEL DONNELLON,
A. SANDOVAL,
TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF DEPARTMENT,
ADAMS COUNTY, COLORADO, and
OTHER AS YET UNNAMED OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 38) is GRANTED finding good cause shown.  The written Protective Order (docket no. 38-1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

Date: October 20, 2015