**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-01795-MJW

MICHELLE CLAUDINE FORBES,
ANGUS JOHN FORBES,
PHOEBE FORBES,
IAN FORBES

     Plaintiffs,

v.

MICHELLE DONNELLON,
A. SANDOVAL,
TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF DEPARTMENT,
ADAMS COUNTY, COLORADO, and
OTHER AS YET UNNAMED OFFICERS

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER ON MOTION TO DISMISS of Magistrate Judge Michael J. Watanabe entered on November 09, 2015 it is

ORDERED that, Defendant's motion to dismiss filed 10/13/2015, [37], is granted. It is

FURTHER ORDERED that, final judgment enter in favor of Defendant Town of Bennett, Colorado as to Counts Two and Five, and against Plaintiffs Michelle Claudine Forbes, et al.  It is

FURTHER ORDERED that, each party pay his or its own fees and costs.

Dated at Denver, Colorado this 9th day of November, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By: s/  S. Libid
            S. Libid
           Deputy Clerk