IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01795-MJW

MICHELLE CLAUDINE FORBES, and
ANGUS JOHN FORBES,

Plaintiffs,

v.

MICHAEL DONNELLON,
A. SANDOVAL,
TOWN OF BENNETT, COLORADO,
ADAMS COUNTY SHERIFF DEPARTMENT,
ADAMS COUNTY, COLORADO, and
OTHER AS YET UNNAMED OFFICERS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Motion for Protective Order Regarding Plaintiffs' Discovery Requests to Defendants (Docket No. 50) is DENIED.  Defendants can file a single response to the discovery requests, as a party group, rather than three separate responses.  The Court sees no merit to Defendants' argument that the requested discovery is not proportional to the needs of the case.  As to Plaintiffs' request for extension of time, Plaintiffs will need to file a motion for any such relief.

Date: March 30, 2016